UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                        Civil No. 12-mc-32-SM

<u>Greg A. Thurkins</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 10, 2012, no objection having been filed. The taxpayer, Greg A. Thurkins, is hereby ordered to obey the summons and appear on November 28, 2012, at 9:00 a.m., at the IRS office located at 1000 Elm Street, Manchester, New Hampshire, before Revenue Officer Peter M. Lighthall (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of March 1, 2012.   I further order that the government be awarded its costs.

      SO ORDERED.

October 31, 2012                                _/s/ Steven J. McAuliffe_____
                                                Steven J. McAuliffe
                                                United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Greg A. Thurkins